UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TERRY CROSBY, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**BYLAND TRANSPORTATION LLC,**<br><br>Defendant. | Case No. 1:22-cv-05962<br><br>Honorable Jorge Alonso |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AUTHORIZATION TO DISTRIBUTE SETTLEMENT FUNDS, AND AWARD OF ATTORNEYS' FEES**

Pursuant to Fed. R. Civ. P. 23(e), Plaintiff moves this Court to enter an order finally approving the Settlement Agreement that this Court preliminarily approved on August 1, 2022. In support of this Motion, Plaintiff has submitted a Memorandum in Support of his Motion for Final Approval of Class Action Settlement, Authorization to Distribute Settlement Funds, and Award of Attorneys' Fees. A draft order is attached as Exhibit 4 to that Memorandum.

WHEREFORE, Plaintiff asks the Court to enter the order attached as Exhibit 4 to Plaintiff's Memorandum in Support of Their Motion For Final Approval of Class Action Settlement, Authorization to Distribute Settlement Funds, and Award of Attorneys' Fees, or such similar order as the Court deems appropriate.

DATED: September 28, 2023

                                                                                                                          Respectfully submitted,

                                                                                                                          /s/Christopher J. Wilmes  
                                                                                                                          One of the Attorneys for the Plaintiff

Christopher J. Wilmes  
Emily Brown  
Hughes Socol Piers Resnick & Dym  
70 W. Madison St. Suite 4000  
Chicago, IL 60602  
(312) 605-2636

2